**LOTTOTRON, INC., Plaintiff–**
**Appellant,**

v.

**ALLGAMES CASINOS, LTD., CB Corporation, Sun Casinos N.V., Sonsorol Ltd., 3A International N.V., Bonne Chance N.V., I–Services N.V., Yellow Stone Entertainment N.V., and Pullman Gaming N.V., Defendants,**

and

**Interactive Systems Inc., N.V.,**
**Defendant–Appellee.**

No. 2011–1406.

United States Court of Appeals,
Federal Circuit.

Dec. 1, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).